1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

ALASKA LOCAL 375 PLUMBERS &
PIPEFITTERS TRUST FUNDS; by
ROBERT HUBBARD, a Fiduciary,

12

CASE NO. 2:22-cv-00141-TL

ORDER ON MOTION TO COMPEL

13

Plaintiff,

v.

14

WOLF CREEK FEDERAL SERVICES,
INC.,

15

16

Defendant.

17

18    This matter is before the Court on Plaintiff's Motion to Compel Discovery. Dkt. No. 46.

19    The Court has reviewed Defendant's response and Plaintiff's reply. Dkt. Nos. 49, 56. The Court

20    also conducted a hearing on January 10, 2024. Dkt. No. 58. Accordingly, it is hereby ORDERED:

21    (1)    Plaintiff's motion is GRANTED IN PART and DENIED IN PART.

22         a.    As to Plaintiff's first request for production ("RFP"), request no. 5, the

23              motion is DENIED without prejudice in light of the information to be

24              produced, as discussed below.

b.      As to Plaintiff's second RFP, request nos. 1 and 2, the motion is GRANTED.

   i.      Defendant SHALL produce the supplemental worksheet discussed at the hearing **by March 1, 2024.**

   ii.      Plaintiff's request for a sampling of work orders is GRANTED. The Parties SHALL meet and confer to determine an appropriate number of work orders.

c.      As to all other requests for production, the motion is DENIED.

(2)      Plaintiff's request for sanctions is DENIED.

(3)      For any future discovery disputes, the Parties SHALL utilize the joint motion procedure in Local Civil Rule 37(a)(2).

Dated this 10th day of January 2024.

Tana Lin
United States District Judge