THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALASKA LOCAL 375 PLUMBERS & PIPEFITTERS TRUST FUNDS; by ROBERT HUBBARD, a Fiduciary,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>WOLF CREEK FEDERAL SERVICES, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 2:22-cv-141-TL<br><br>**ORDER EXTENDING EXPERT DISCLOSURE AND DISCOVERY DEADLINES** |

AND NOW, upon consideration of the Joint Motion to Extend Expert Disclosure and Discovery Deadlines submitted by Plaintiff Alaska Local 375 Plumbers & Pipefitters Trust Funds, by Robert Hubbard a Fiduciary, (the "Funds") and Defendant Wolf Creek Federal Services, Inc. ("Wolf Creek") (collectively, the "Parties"), it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is granted.  Accordingly, the Court modifies the Scheduling Order of November 20, 2023 as follows:

- Disclosure of expert testimony under FRCP 26(a)(2) due 5/31/2024.

- Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due 6/30/2024.

- All motions related to discovery must be filed by 6/30/2024.

- Discovery completed by 7/31/2024.

The trial date and other pretrial deadlines will remain intact as set forth in the Scheduling Order of November 20, 2023.

Dated this 25th day of March, 2024.

_____
Tana Lin
United States District Judge


Presented by:

*/s/* Asti Gallina
Asti Gallina, WSBA #53361
905 W. Riverside Ave., Ste. 208
Spokane, WA 99201
(509) 592-0108