# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ALASKA LOCAL 375 PLUMBERS & PIPEFITTERS TRUST FUNDS; by ROBERT HUBBARD, a Fiduciary,<br><br>Plaintiff,<br><br>v.<br><br>WOLF CREEK FEDERAL SERVICES, INC.,<br><br>Defendant. | CASE NO. 2:22-cv-00141-TL<br><br>ORDER ON UNOPPOSED MOTION FOR SUBPOENAS |

Having reviewed Plaintiff's Unopposed Motion Requesting the Issuance of Document Subpoena (Dkt. No. 64), the motion is GRANTED. The Clerk SHALL issue the subpoenas filed at Docket Nos. 65-7 (Missile Defense Agency) and 65-8 (U.S. Army Contracting Command).

Dated this 30th day of September 2024.

Tana Lin
United States District Judge

ORDER ON UNOPPOSED MOTION FOR SUBPOENAS - 1