THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ALASKA LOCAL 375 PLUMBERS &
PIPEFITTERS TRUST FUNDS; by ROBERT
HUBBARD, a Fiduciary,

Plaintiff,

v.

WOLF CREEK FEDERAL SERVICES, INC.,

Defendant.

No.: 2:22-cv-141-TL

[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION TO EXCLUDE
EXPERT TESTIMONY

NOTED ON THE MOTION CALENDAR:
SEPTEMBER 5, 2025

The motion to exclude expert testimony of David Berry of Berry & Co. CPAs by plaintiff Alaska Local 375 Plumbers & Pipefitters Trust Funds; by Robert Hubbard a Fiduciary ("Plaintiff Trust Funds"), pursuant to Federal Rule of Evidence 702, came on regularly for resolution before this Court.

Having considered the papers in support of and in opposition to said motion and GOOD CAUSE APPEARING therefore:

IT IS HEREBY ORDERED that Plaintiff Trust Funds' Motion to Exclude Expert Testimony, pursuant to FRCP §702, is DENIED on the following grounds:

1.      David Berry's thirty-two (32) years of experience as a Certified Public Accountant and a principal of Berry & CO CPAs who is directly responsible

PAGE 1

for supervising two hundred compliance audits per year for multiple clients in the construction industry who are bound to collective bargaining agreement requiring contributions to Taft-Hartly multi-employer benefit plans qualifies him as an expert regarding the agreed upon procedures for the union payroll inspections utilized by WithumSmith+Brown for its engagement with Wolf Creek;

2.   David Berry's critique of WithumSmith+Brown auditor's methodology is a classic and permissible function of expert testimony, as it directly assists the trier of fact in determining what weight to give the plaintiff's evidence. Here, the court, acting as the trier of fact, is capable of hearing the proffered testimony and giving it the weight it deserves; and

3.   David Berry's opinion on the "jurisdictional" nature of the audit conducted by WithumSmith+Brown at the direction of Plaintiff Trust Funds is permissible factual context, not an improper legal conclusion.

IT IS FURTHER ORDERED that ~~the Expert Report of David Berry Dated September 27, 2025; the Supplemental Report of David Berry Dated July 11, 2025; and~~ the testimony of David Berry is admissible at trial.

DATED: __January 22, 2026.__, 2025

_____
THE HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

BULLIVANT HOUSER BAILEY PC



*/s/ Wilhelm Dingler*

Wilhelm Dingler, WSBA #13474
925 Fourth Avenue, Suite 3800
Seattle, WA   98104
Telephone:  206.292.8930
Email: wilhelm.dingler@bullivant.com

Local Counsel for Defendant
WOLF CREEK FEDERAL
SERVICES, INC.

Ronald L. Richman (CA SBN 139189)
Tracy (CA SBN 176928)
101 Montgomery Street, Suite 2600
San Francisco, CA   94104-4146
Telephone:  415.352.2700
Email:  ron.richman@bullivant.com
Email:  tracy.mainguy@bullivant.com

*Pro Hac Vice* Attorneys for Defendant
WOLF CREEK FEDERAL
SERVICES, INC.

4913-4903-2548.1

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO
EXCLUDE EXPERT TESTIMONY
NO.: 2:22-CV-141-TL                                          PAGE 3          **Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351